AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CHRISTOPHER STICKLES<br><br>Defendant | )<br>)<br>)  Case No. 1:22-mj-684-DJS<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about the date(s) of December 2020 through August 2022, in the county of Columbia in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☒  Continued on the attached sheet.

_____
Complainant's signature
Task Force Officer Brandon Hudson, FBI
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 11/9/2022

_____
Judge's signature

City and State: Albany, New York

Hon. Daniel J. Stewart, U.S. Magistrate Judge
Printed name and title

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brandon J. Hudson, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am an Investigator with the New York State Police and Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been employed by the New York State Police since June 2004 and the FBI since February 2017. I am assigned to the Albany Division, Albany, NY. I have investigated a variety of violent crimes, including in the areas of child exploitation, human trafficking, weapons possession, and narcotics. My current duties include investigating criminal violations relating to child exploitation and child pornography, including violations pertaining to the possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B). I have received extensive training in the area of child sexual exploitation and have observed and reviewed numerous examples of child pornography in all forms of media including computer media.

2. I submit this affidavit in support of a criminal complaint charging CHRISTOPHER STICKLES with knowingly possessing child pornography that has been transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18 United States Code, Section 2252A(a)(5)(B).

3. The statements contained in this affidavit are based on my involvement in this

-1-

investigation, as well as information provided to me by other law enforcement officers involved in this investigation, the results of a search warrant executed on August 26, 2022, and upon my training and experience. Because this affidavit is being submitted for the limited purpose of establishing probable cause to charge the defendant by criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed violations of Title 18, United States Code, Sections 2252A.

## PROBABLE CAUSE

4. On July 19, 2022, the FBI received a tip from a caller who provided information regarding CHRISTOPHER STICKLES of Copake, NY. In sum and substance, the caller, who is known to the FBI, reported that he believes STICKLES is in possession of Child Sexual Abuse Material (CSAM) at his residence in Copake, NY. The caller based this belief from a recent conversation with STICKLES. During that conversation, while referring to his computer, STICKLES stated "If I was ever to be arrested, take this, douse it and burn it.

5. On August 2, 2022, NYSP Investigator Frederick Horstmyer and I located STICKLES at his place of employment, Stewart's (Convenience Store), 9248 NY-22, Hillsdale, NY 12529. STICKLES accompanied Investigator Horstmyer and I outside the store. While there, Investigator Horstmyer advised Stickles that he wasn't in custody, wasn't under arrest and was not obligated to answer questions. During his interview, STICKLES admitted that he utilized his Dell computer to obtain and store CSAM. STICKLES confirmed that the computer was located at his residence of 750 Center Hill Road, Copake, NY. STICKLES explained that

–2–

the CSAM contained on his computer was accidentally downloaded through Torrent internet websites. STICKLES identified those websites and confirmed that the CSAM, which included "LS" material, was still stored on the SUBJECT DEVICE. Based upon my training, experience, and conversations with other members of law enforcement, I know the term "LS" refers to a known series of CSAM.

6. As the interview progressed, STICKLES explained that the CSAM stored on the SUBJECT device should be in the download folder. STICKLES then acknowledged that he intentionally searched for CSAM using search terms such as "Preteen."

7. STICKLES was voluntarily transported to his residence where he consented to Investigator Horstmyer and I seizing the computer. STICKLES also provided written consent for the computer to be examined. Investigator Horstmyer and I subsequently accompanied STICKLES to his bedroom where the computer was turned over without incident.

8. During the transport back to his place of employment (Stewart's), STICKLES continued to make admissions. In sum and substance, STICKLES stated the CSAM he downloaded came in folders which contained several files. STICKLES would screen-shot particular images from CSAM videos that he liked.

9. On August 26, 2022, a search warrant was executed on the computer, a Dell Inspiron One, with Service Tag #3VS13P1 by investigators assigned to the New York State Police, Troop G, Computer Crimes Unit.

10. On October 13, 2022, the computer was returned to your affiant along with a hard drive containing analysis results of the device. Located on the computer were 16,170 images of

suspected child pornography and child erotica, 39 videos of suspected child pornography, user attribution to "CHRIS STICKLES," and search terms consistent with child pornography. Three of the files are described below:

a. **Pthc - Kathie 5Yo Hot(Naughty Show Blowjob.avi** is a video file, approximately 5 minutes and in length. The video appears to be a compilation of two or more videos combined and depict a prepubescent female, approximately four to six years of age. During the video the child is shown inserting a sex toy into her vagina. The child is also shown performing oral sex on an adult male, where he ejaculates into her mouth.

b. **Jenny 9yr PTHC.avi** is a video file, approximately 14 minutes and 35 seconds in length. The video depicts a prepubescent female, approximately seven to nine years of age. The child is completely nude, except for a collar on her neck. Her hands and feet are bound by yellow rope, and at the beginning of the video she is wearing a blindfold. Throughout the video she is shown performing oral sex on an adult male while he inserts his fingers inside her vagina. At the end of the video the man is having sexual intercourse with the child.

c. **(pthc) NEW 2016 Pedo Childlover 8yo Daddy's Little Girl Pics JM 04.png** is an image file. The image depicts a prepubescent female, approximately six to eight years of age. The child is laying between the legs of an adult male and has her mouth open and tongue on the man's penis.

12. Based on the foregoing, there is probable cause to conclude that CHRISTOPHER STICKLES has violated Title 18, United States Code, Section 2252A(a)(5)(B), which prohibits

knowingly possessing child pornography that has been transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

Respectfully submitted,

*[signature]*

Brandon J. Hudson
Task Force Officer
Federal Bureau of Investigation

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, this 9 day of November, 2022.

*[signature]*

Hon. Daniel J. Stewart
United States Magistrate Judge